United States District Court
Southern District of Texas

**ENTERED**

June 24, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH GORDON, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:24-cv-04125 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SEAN KING, *et al*, | § | |
| Defendants. | § | |

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

Plaintiff Joseph Gordon proceeds here *pro se.* He sued Defendants Sean King and Marcus DiFlavio in state court for violations of Title VII of the Civil Rights Act of 1964. Dkt 6-2 at 3–4 (original petition). He later amended his petition to allege the same against Defendant Digital Air Control, Inc. See Dkt 6-12 (amended petition). Defendants removed based on federal question jurisdiction. See Dkts 1 at 4 & 6 at 2.

The case was referred for disposition to Magistrate Judge Dena Hanovice Palermo. Dkt 5. Prior order denied a motion by Plaintiff to remand and granted a motion by Plaintiff to dismiss his claims against King and DiFlavio, adopting the recommendations of Judge Palermo to that effect. See Dkt 18 at 2; see also Dkts 9 & 15.

Plaintiff then filed motion for leave to amend his complaint and to strike depositions of King and DiFlavio. Dkts 25 & 34. Digital Air moved for summary judgment. Dkt 31. Judge Palermo denied Plaintiff's motions and recommended that the motion for summary judgment be granted. See Dkt 41 at 20.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Report and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 41.

The motion by Defendant Digital Air Control, Inc, for summary judgment is GRANTED. Dkt 31.

This action is DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED

Signed on June 24, 2026, at Houston Texas.

_____
Honorable Charles Eskridge
United States District Judge